Hon. Timothy W. Dore
Hearing location- Court Rm 8106
Seattle WA
Hearing date: August 16, 2017
Hearing Time: 9:30 AM
Response date: August 9, 2017

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: )
                                                ) Case No. 13-12394
                                                )
ERIC J. COLE and ALICA M. COLE, )
                                                ) **RESPONSE TO MOTION BY**
                                                ) **TRUSTEE FOR PLAN**
                                                **)** **MODIFICATION**
                                                )
                                 Debtors. ) CHAPTER: 13
_____ )

     Debtors, through their undersigned counsel, respond to the filed Motion by trustee as follows:

1. The proposed modification uses gross income figures for calculation of the requested increase. This is fundamentally unfair as there are mandatory deductions for various employee benefits, several insurance or L & I premiums, union dues, and increased Federal taxes at 25%, and FICA deductions on the current increased income that in all fairness should be allowed before the correct revised figure is determined. The debtors' current total gross income, deductions and household expenses are shown in the exhibits "I" and "J"attached hereto. Total gross income is somewhat higher than the trustee figure; current household expenses are very similar. The correct net increase should be determined to be $3,269/mo.

2. The declaration of debtors below should be considered.


DATED this 22nd day of July, 2017.


*RESPONSE TO TRUSTEE MOTION FOR PLAN MODIFICATION*

/S/ THOMAS P. VEST, WSBA #11272
Attorney for Debtors
1530 140th Ave. NE #210
Bellevue WA 98005
(425) 644-2200

-DECLARATION OF DEBTORS-

We have attached true and correct copies of our respective last two paystubs showing current YTD income and deductions from gross pay. My income as a police office contains overtime pay which is not guaranteed but has been included in the total. My LEOFF retirement deduction is mandatory as part of the union pay package and state law. We request that the proposed modification consider the true total family disposable income figure as shown in the attached final net figure of $3,269/mo. shown on schedule "J".

Dated this 22nd day of July, 2017.

/s/ Eric J. Cole          /s/ Alicia M. Cole

*RESPONSE TO TRUSTEE MOTION FOR PLAN MODIFICATION*